IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
No.

DANNY AMEN ANDERSON VALENTINE SHABAZZ

**PETITIONER,**

V.

ELIZABETH MATTHEWS, LUCIAN GRAINGE
ASCAP AMERICAN SOCIETY OF
COMPOSERS AND AUTHORS,
PIERRE THOMAS, GENNIFER GARDNER,
BRIAN JONES, ARIANA FLETCHER,
PO JOHNSON, KEVIN COACH K LEE
QUAVIOUS MARSHAL, ROBERT DIGGS, ROBERT BAKISH
KELAN WATSON, VINCENT WATSON, ROBERT IGER
WALT DISNEY ( HULU),
CLIFFORD TIP HARRIS
**RESPONDENTS,**

PETITION
STATUTE OF FRAUDS
CRIMINAL COPYRIGHT INFRINGEMENT
RECKLESS ENDANGERMENT
BREACH OF FIDUCIARY DUTIES

IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

DANNY AMEN ANDERSON VALENTINE SHABAZZ

PETITIONER,

V.
ELIZABETH MATTHEWS, LUCIAN GRAINGE
ASCAP AMERICAN SOCIETY OF
COMPOSERS AND AUTHORS,
PIERRE THOMAS, GENNIFER GARDNER,
BRIAN JONES, ARIANA FLETCHER,
PO JOHNSON, KEVIN COACH K LEE, ROBERT DIGGS,
ROBERT BAKISH, KELAN WATSON, VINCENT WATSON,
ROBERT IGER, CLIFFORD TIP HARRIS

PETITION
STATUTE OF FRAUDS
CRIMINAL COPYRIGHT INFRINGEMENT
RECKLESS ENDANGERMENT
BREACH OF FIDUCIARY DUTIES

Barack Obama Presidential Center
**ALLEGATIONS:**
1. DANNY HAS BEEN A ASCAP MEMBER FOR OVER 20 YEARS. DANNY NEVER RECEIVED HIS FULL ROYALTIES DUE TO FAULTY LAWYERS AND CONTRACTS. HE LACKED UNDERSTANDING OF BASIC COPYRIGHT LAW.
2. OVER THE LAST THREE YEARS DANY ENROLLED AT HARVARD AND LEARNED COPYRIGHT LAW, INSIDER THREAT DEVELOPMENT FROM THE

SECRET SERVICE AND HIS ACTUAL NET WORTH AFTER THE ELECTION OF JOSEPH BIDEN WHO DANNY WROTE INTO OFFICE.
3. EVERY SINCE THE COPYRIGHTS STARTED TO COME IN, ASCAP DIALOGUES TURNED SUBLIMINAL AND MISLEADING.
4. DANNY HAS NEVER COMMITTED FRAUD ON ANY WORKS HE HAS EVER DONE OR ANY OTHER PERSON WORKS.
5. AS MOST PEOPLE ARE AWARE, THE ENTERTAINMENT BUSINESS IS LITTERED WITH DECEPTIVE PRACTICES.
6. DANNY IS THE ORIGINAL FOUNDER FOUNDER OF WU TANG, ALSO HE IS THE DIRECT LINEAGE OF JACKIE WILSON, THE FIRST POP ICON TO WORK WITH BERRY GORDY AND HELP FACILITATE THE START OF MOTOWN RECORDS. AND THOMAS E. WILSON, FOUNDER OF WILSON SPORTING GOODS. CHILD LABOR LAWS WERE BROKEN ON THE SET OF IMPACT ATLANTA, A ASCAP PRODUCTION BY QUALITY CONTROLS PIEERE THOMAS, SUPERVISING PRODUCER BRIAN JONES AND EONE'S GENNIFER GARDNER.OF WE TV AS WELL.
7. DANNY;S ACTUAL INHERITANCE AND ESTATE BEGAN IN 1950 WITH JACKIE WILSON.
8. DANNY AHS BEGAN TO RECEIVE COPYRIGHTS ON RCA, DRAKE, WU TANG AN AMERICAN SAGA, COCA COLA THE CONDUCTOR WITH ARI LENNOX AND OTHER ACTS,WHO SIGNED A PRODUCTION CONTRACT.
9. DANNY MET WITH THE SECRET SERVICE ABOUT BARACK OBAMA AND JOE BIDEN BOTH WHO ARE BENEFICIARIES OF DANNY'S WORKS AND ESTATE.
10. ASCAP HAS FIDUCIARY DUTY TO PROTECT ITS MEMBERS AT ALL TIMES.
11. DANNY SECURITY ASSESSMENT CALLED FOR 24 HOURS A DAY SECURITY DUE TO HIS HIGH PROFILE NAME, RESUME AND EDUCATION.
12. ASCAP HAS NOT COOPERATED WITH DANNY ON A DATA BREACH TO HIS ASCAP WORKS IN DELAWARE, YET THEY SAID MULTIPLE TIMES LAST YEAR THEY WILL HAVE THE ATTORNEYS CALL HIM AND ASSESSMENT HIM WITH THE BROADCAST ISSUE.
13. DANNY WAS BREACHE DBY CHRIS BRUCE OF KING CREATIVE LLC, MEMBERS OF GOVERNOR JOHN CARNEY CABINET, WHY FLY INTERNETS NICK SABEAN AND JEFF FLYNN, DELAWARE'S LARGEST DEVELOPER ROBERT BUCCINI AND THE MAYOR'S OFFICE OF ECONOMICS DEVELOPMENTS JEFF FLYNN.
14. DANNY REGISTRED WORKS FROM HER WHO IS A RCA ACT AND DANNY'S ENT IN COPYRIGHT INFO.

15. DANNY REGISTERED WORKS FROM BEYONCE CALLED "SUPERSTAR ALIEN" WHICH IS ADRIVE OF "MY GIRLFRIENDS AN ALIEN" WHICH HAS BEEN REGISTERED WITH ASCAP FOR OVER 12 YEARS. ITS ASCAP DUTY TO INFORM ALL PARTIES OF DERIVATIVES AND PAY ALL PARTIES ACCORDINGLY.
16. DANNY ACCOUNT IS CONSTANTLY FROZEN FOR FRAUD WHILE WORKS WITH COPYRIGHTS ARE NOT PAID OUT.
17. ON 1/30/2022 DANNY SPOKE WITH MEMBER SERVICES ABOUT HIS WORKS AND HE WAS SPINNED WITH USELESS LANGUAGE AFTER HE OFFERED TO WORK OUT THE DETAILS WITH ASCAP LAWYERS. THE MEMBER SERVICES REP HUNG UP THE PHONE WHEN DANNY REQUESTED HIS NAME FOR A UPCOMING LAWSUIT ON ASCAP. THE JUDGE AND LOCAL POLICE CAN PULL THE PHONE CALL.
18. WE ARE STILL DEALING WITH THE BREACH AND ACAP HAS EXHIBITED NEGLIGENT BEHAVIOR IN FAVOR OF BIG NAME POLITICIANS AND ARTIST MOST NOTABLE RZA, BIDEN AND OBAMA.

**DAMAGES:**
1. DANNY HAS SECURITY ISSUES AND HAS HAD MULTIPLE ACCIDENTS IN HIS HOME LIVING AND PRODUCTION QUARTIES IN ATLANTA,GA AT 65 IRBY AVENUE.
2. DANNY HAS ALSO BEEN UNABLE TO PAY HIS BILLS DUE TO THE FIDUCIARY DUTIES OF ASCAP AND ITS CEO'S TIES TO THE POLITICAL AND ARTIST COMMUNITY.
3. DANNY IS OWED ON WORKS FROM 1950, TO 1992 WITH WUTANG AND NEW WORKS FROM UNC AND PHEW WHICH ALL ARE COPYRIGHTED.
4. DANNY IS ALSO WATCHING SACOA PAYOUT OTHER ACTS UNDER THESE COPYRIGHTS BUT NEGLECT DANNY AT EVERY TURN.
5. VICNET WATSON AND KELAN WATSON ALONG WITH EONE HAS CUE SHEETS NOT HONORED , CONTRACTS, YET ACAP ALLOWS THEM TO OPERATE DAILY WITH MULTIPLE MEMBERS MUSIC PLAYING IN THEIR ESTABLISHMENT LOCATED AT 3210 ROSWELL rD ATLANTA, GA 30305.
6. GENNIFER GARDNER OF EONE AND BRIAN JONES OF EONE BOTH VIOLATED ASCAP RULES AND THE WGA, DGA AND HARRY FOX ENTITIES.
7. DANNY'S ESTATE IS WORTH 57 BILLION DOMESTICALLY YET ASCAP HAS ALLOWED DANNY TO CONTENTED TO BE WRITTEN INTO THESE COMMUNICATIONS DEVISES AND SYSTEM WITHOUT PROPER GOVERNANCE.

8. THIS IS SIMILAR TO WHAT 2 PAC OR BIGGIE WAS DEALING WITH IN THE 90'S WITH A LACK OF OVERSIGHT ON HIGH PROFILES ACTS AND COMPOSERS.
9. DANNY IS A TIER 1 ACT AT THE LEVEL OF QUINCY JONES DUE TO HIS FAMILY STATUE IN THE AMERICAN ENTERTAINMENT ENTERPRISE.
10. QUALITY CONTROL CONTINUES TO OPERATE ILLEGALLY WITH DANNY;S SIGNATURE ON ASCAP MEMBER ID AND OPERATIONS.
11. SNOOP DOG, YOUTUBE CONTINUE TO VIOLATE COPYRIGHT FRAUD, YET ASCAP WON'T PAY DANNY FOR 24 HOURS SECURITY AND MAKE SURE HIS LEGAL BILLS ARE PAID.
12. DANNY OWNS ABUT 60 PERCENT OF ASCAP CATALOG AND IS REQUESTING THE JUDGE PUT A ESTOPPEL ON ALL ASCAPS OPERATIONS UNTIL THE DAMAGES CEASE.
13. DANNY HAS MET WITH SUPERIOR COURT JUDGE ERIC DUNAWAY AND HE SAID WE SHOULD PURSUE A CASE ON THESE THE BEHALF OF MY ESTATE.
14. JUDGE DUNAWAY WAS CONCERNED WITH DRAFTING AND DANNY HAS ADDRESS HIS DRAFTING WITH HIS STUDIES AT HARVARD.
15. AL ENTITIES LISTED INCLUDING WALT DISNEY HAS JAMMED DANNY'S COMMUNICATIOSNA NDBRRACOSAST IN TORDER TO CONTROL HIS ESTATE.
16. THIS IS CONSIDERED IN CANCEL CULTURE WHICH IS A CRIMINAL ACT PER GEORGI AND UNITED STATES TITLE CODE.
17. MULTIPLE DEATHS HAS HAPPENED TO DANNY FAMILY INCLUDING YVONNE HILTON FROM THESE ACTS AND BARRETT STRONG WHO JACKIE WILSON HELPED SIGN TO MOTOWN.
18. wUTANG AN AMERICAN SAGA WAS CANCELED FROM A BANK ERROR AND INSIDER THREAT DEVELOPMENT.
19. SONY AND RCA IS LYING ABOUT DANNY'S OWNERSHIP OF RCA YET IT LISTED UNDER COPYRIGHT LAW.
20. GODADDY HAS THE,COM EQUIVALENT TO HULU TITLED WUTANG.COM
21. WE HAVE OVER 30 DEATHS TO THIS PRODUCTION INCLUDING KOBE BRYANT, TERRY PAYNE, YVONNE HILTON, KIMBERLY VALENTINE AND RONALD WILSON

    18 U.S. Code § 2319 - Criminal infringement of a copyright
- U.S. Code

- **Notes**

prev | next

Any person who violates section 506(a) (relating to criminal offenses) of title 17 shall be punished as provided in subsections (b), (c), and (d) and such penalties shall be in addition to any other provisions of title 17 or any other law.

**b)** Any person who commits an offense under section 506(a)(1)(A) of title 17—

**(1)** shall be imprisoned not more than 5 years, or fined in the amount set forth in this title, or both, if the offense consists of the reproduction or distribution, including by electronic means, during any 180-day period, of at least 10 copies or phonorecords, of 1 or more copyrighted works, which have a total retail value of more than $2,500;

**(2)** shall be imprisoned not more than 10 years, or fined in the amount set forth in this title, or both, if the offense is a felony and is a second or subsequent offense under subsection (a); and

**(3)** shall be imprisoned not more than 1 year, or fined in the amount set forth in this title, or both, in any other case.

**(c)** Any person who commits an offense under section 506(a)(1)(B) of title 17—

**(1)** shall be imprisoned not more than 3 years, or fined in the amount set forth in this title, or both, if the offense consists of the reproduction or distribution of 10 or more copies or phonorecords of 1 or more copyrighted works, which have a total retail value of $2,500 or more;

**(2)** shall be imprisoned not more than 6 years, or fined in the amount set forth in this title, or both, if the offense is a felony and is a second or subsequent offense under subsection (a); and

**(3)** shall be imprisoned not more than 1 year, or fined in the amount set forth in this title, or both, if the offense consists of the reproduction or distribution of 1 or more copies or phonorecords of 1 or more copyrighted works, which have a total retail value of more than $1,000.

**(d)** Any person who commits an offense under section 506(a)(1)(C) of title 17—

**(1)** shall be imprisoned not more than 3 years, fined under this title, or both;

**(2)** shall be imprisoned not more than 5 years, fined under this title, or both, if the offense was committed for purposes of commercial advantage or private financial gain;

**(3)** shall be imprisoned not more than 6 years, fined under this title, or both, if the offense is a felony and is a second or subsequent offense under subsection (a); and

**(4)** shall be imprisoned not more than 10 years, fined under this title, or both, if the offense is a felony and is a second or subsequent offense under paragraph (2).

**(e)**

**(1)** During preparation of the presentence report pursuant to Rule 32(c) of the Federal Rules of Criminal Procedure, victims of the offense shall be permitted to submit, and the probation officer shall receive, a victim impact statement that identifies the victim of the offense and the extent and scope of the injury and loss suffered by the victim, including the estimated economic impact of the offense on that victim.

**(2)** Persons permitted to submit victim impact statements shall include—

**(A)** producers and sellers of legitimate works affected by conduct involved in the offense;

**(B)** holders of intellectual property rights in such works; and

**(C)** the legal representatives of such producers, sellers, and holders.

**(f)** As used in this section—

**(1)** the terms "phonorecord" and "copies" have, respectively, the meanings set forth in section 101 (relating to definitions) of title 17;

**(2)** the terms "reproduction" and "distribution" refer to the exclusive rights of a copyright owner under clauses (1) and (3) respectively of section 106 (relating to exclusive rights in copyrighted works), as limited by sections 107 through 122, of title 17;

**(3)** the term "financial gain" has the meaning given the term in section 101 of title 17; and

**(4)** the term "work being prepared for commercial distribution" has the meaning given the term in section 506(a) of title 17.

(Added Pub. L. 97-180, §3, May 24, 1982, 96 Stat. 92; amended Pub. L. 102-561, Oct. 28, 1992, 106 Stat. 4233; Pub. L. 105-80, §12(b)(2), Nov. 13, 1997, 111 Stat. 1536; Pub. L. 105-147, §2(d), Dec. 16, 1997, 111 Stat. 2678; Pub. L. 107-273, div. C, title III, §13211(a), Nov. 2, 2002, 116 Stat. 1910; Pub. L. 109-9, title I, §103(b), Apr. 27, 2005, 119 Stat. 220; Pub. L. 110-403, title II, §208, Oct. 13, 2008, 122 Stat. 4263.)

/S/
DANNY AMEN ANDERSON VALENTINE SHABAZZ

