IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANNY AMEN ANDERSON VALENTINE SHABAZZ,** Plaintiff, | : : : : | |
| v. | : : | CIVIL ACTION NO. 23-CV-1757 |
| **ELIZABETH MATTHEWS,** *et al.*, Defendants. | : : | |

### ORDER

**AND NOW**, this 16th day of August, 2023, in light of *pro se* Plaintiff Danny Amen Anderson Valentine Shabazz's failure to file an amended complaint in accordance with this Court's Order entered on June 20, 2023 (ECF No. 7), which informed Plaintiff that failure to file an amended complaint would result in final dismissal of this case, it is **ORDERED** that:

1. Shabazz's case is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

3. If Plaintiff did not intend to stand on his Complaint, he must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e), and attach his proposed amended complaint to that motion.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**